# Wisconsin Court of Appeals

## 2017 WI App 80

### (Also reported in 905 N.W.2d 843.)

| | | | |
|---|---|---|---|
| State v. Tatum | 2014AP001942 | 10–10–2017 | Affirmed |
| State v. Wayerski† | 2015AP001083 CR | 10–31–2017 | Affirmed and remanded |
| State v. Winston† | 2015AP001419 CR | 10–10–2017 | Affirmed |
| Robertson v. Cleaver-Brooks, Inc.† | 2015AP002486 | 10–10–2017 | Reversed and remanded |
| Ostrenga Excavating, Inc. v. Cleveland Constr., Inc. | 2016AP000007 | 10–18–2017 | Affirmed/ reversed/ remanded |
| State v. Roehling | 2016AP000035 CR | 10–03–2017 | Reversed and remanded |

† Petition to review filed.